IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16MJ333 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DIONTE DORTCH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 9), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against Dionte Dortch.

**IT IS ORDERED** that the Motion to Dismiss the Complaint (Filing No. 9) is granted.

Dated this 18th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge